# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**REPUBLICAN PARTY OF MINNESOTA, GREGORY F. WERSAL, et al.,**

                 **Plaintiffs,**

**v.**

**WHITE (previously Kelly), et al.,**

                 **Defendants.**

Court File No. 0:98-cv-00831-MJD-SRN

**PLAINTIFF GREGORY F. WERSAL'S ORDER ON NOTICE OF INTENT TO CLAIM AN AWARD OF ATTORNEYS' FEES**

Plaintiff Gregory F. Wersal, by counsel, having filed his Notice of Intent to Claim an Award of Attorneys' Fees and request for briefing schedule and the Court being duly advised in the premises hereby ORDERS the parties to file their motions, memoranda in support of motions, affidavits, responses, and replies regarding the issue of attorneys' fees and expenses, according to the following schedule:

1. Plaintiffs' Itemized Motion for Award Fees - 30 days after the Eighth Circuit Court of Appeals rules on the pending motion for attorneys' fees currently before that Court.

2. Defendants' Response - 30 days after Plaintiffs file their motion for attorneys' fees.

3. Plaintiffs' Reply - 15 days after Defendants' Response is filed.

Dated this 3rd day of October, 2005.

                                              s/ Michael J. Davis
                                              U.S. District Court Judge