U.S. District Court Judge