UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Republican Party of Minnesota, an association, et al., | Civil File No. 98-831 (MJD) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Verna Kelly, in her capacity as Chairperson of the Minnesota Board of Judicial Standards, et al., | |
| Defendants. | |

Based upon the stipulation of the parties, it is hereby ordered that the time for Defendants to respond to Plaintiffs' petitions for attorney fees and costs is hereby extended to September 11, 2006.

Dated: <u>August 16, 2006</u>        s/ Michael J. Davis
                              Michael J. Davis
                              U.S. District Court